1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        SOUTHERN DISTRICT OF CALIFORNIA

7    UNITED STATES OF AMERICA,            )      Crim. Case No. 07CR1249-LAB
                                          )
8              Plaintiff,                 )
                                          )      O R D E R
9         v.                              )
                                          )
10   JUAN MANUEL LOPEZ (1),               )
     ELIZABETH HURTADO (2),               )
11                                        )
               Defendants.                )
12   _____)

13        IT IS HEREBY ORDERED that the time for the Government to file its Response and Opposition

14   to Defendant's Motions in this case be shortened, to permit filing on June 28, 2007, with the hearing to

15   be held on July 2, 2007, at 2:00 p.m.

16        SO ORDERED.

17   DATED:  June 29, 2007

18                                               _Larry A. Burns_____

19                                               **HONORABLE LARRY ALAN BURNS**
                                                 United States District Judge
20

21

22

23

24

25

26

27

28